UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x
LORETTA ZWICKEL, Individually and On : Civil Action No. 04-CV-5969
Behalf of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
TARO PHARMACEUTICAL INDUSTRIES, :
LTD., et al., :
:
Defendants. :
——————————————————————
DAVID ROTH, Individually and On Behalf of : Civil Action No. 04-CV-5994
All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
TARO PHARMACEUTICAL INDUSTRIES :
LTD., et al., :
:
Defendants. :
——————————————————————
MELA HOROWITZ, Individually and On : Civil Action No. 04-CV-6101
Behalf of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
TARO PHARMACEUTICAL INDUSTRIES, :
LTD., et al., :
:
Defendants. :
————————————————————— x

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL 

```
─────────────────────────────────── x
TBS INVESTMENT CLUB, Individually and    :  Civil Action No. 04-CV-6113
On Behalf of All Others Similarly Situated,
                                         :  CLASS ACTION
            Plaintiff,                   :

     vs.                                 :

TARO PHARMACEUTICALS INDUSTRIES, :
LTD., et al.,
                                         :
            Defendants.                  :
─────────────────────────────────
OLGA WACHTENHEIM, Individually and       :  Civil Action No. 04-CV-6584
On Behalf of All Others Similarly Situated,
                                         :  CLASS ACTION
            Plaintiff,                   :

     vs.                                 :

TARO PHARMACEUTICALS INDUSTRIES, :
LTD., et al.,
                                         :
            Defendants.                  :
─────────────────────────────────
ROBERT HIRSH and SARA HIRSH,             :  Civil Action No. 04-CV-6593
Individually and On Behalf of Themselves and
All Others Similarly Situated,           :  CLASS ACTION

            Plaintiffs,                  :

     vs.                                 :

TARO PHARMACEUTICAL INDUSTRIES  :
LTD., et al.,
                                         :
            Defendants.                  :
─────────────────────────────────── x
```

[Caption continued on following page.]

| | |
|---|---|
| RICHARD SANTOS, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TARO PHARMACEUTICAL INDUSTRIES, LTD., et al., <br><br> Defendants. | Civil Action No. 04-CV-6630 <br><br> <u>CLASS ACTION</u> |
| K. LEE TAYLOR, II, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TARO PHARMACEUTICALS INDUSTRIES, LTD., et al., <br><br> Defendants. | Civil Action No. 04-CV-6634 <br><br> <u>CLASS ACTION</u> |
| PHYLLIS ROSEN, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TARO PHARMACEUTICAL INDUSTRIES LTD., et al., <br><br> Defendants. | Civil Action No. 04-CV-6847 <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

|  |  |
|---|---|
| RACHEL GOLDMAN (Acting as Custodian for LISA GOLDMAN), and On Behalf of All Others Similarly Situated, | Civil Action No. 04-CV-7151 |
|  | CLASS ACTION |
| Plaintiff, |  |
| vs. |  |
| TARO PHARMACEUTICAL INDUSTRIES, LTD., et al., |  |
| Defendants. |  |

Having considered the motion of International Union of Painters and Allied Trades Industry Pension Funds and Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust (the "Institutional Investor Group") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. The Institutional Investor Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

SO ORDERED THIS 17th day of August, 2005

_____
U.S. District Judge

Richard M. Berman