UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LORETTA ZWICKEL, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 04-CV-5969 **(Consolidated)** |
| Plaintiff, | : : | **ELECTRONICALLY FILED** |
| vs. | : : : | <u>CLASS ACTION</u> |
| TARO PHARMACEUTICAL INDUSTRIES LTD., et al., | : : : : | UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| Defendants. | : : | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs hereby move the Court, before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order preliminarily approving the proposed settlement, directing notice be sent to all Class Members and summary notice to be published, and setting a hearing date for final approval. This Motion is based upon the Stipulation of Settlement and the exhibits annexed thereto, and the Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement.

DATED: March 23, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on March 23, 2009, I caused a true and correct copy of the attached:

> UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT and LEAD PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba, Jr.*
Mario Alba, Jr.

TARO PHARM (LEAD)

Service List - 3/23/2009   (04-0252)

Page 1 of 1

**Counsel For Defendant(s)**

Stephen M. Juris
Barry A. Bohrer
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue, 9th Floor
New York, NY  10017
   212/856-9600
   212/856-9494 (Fax)

Joseph S. Allerhand
John A. Neuwirth
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
   212/310-8000
   212/310-8007 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
Russell J. Gunyan
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)