UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | x | |
|---|---|---|
| LORETTA ZWICKEL, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 04-CV-5969 **(Consolidated)** |
| Plaintiff, | : : | **ELECTRONICALLY FILED** |
| vs. | : : | CLASS ACTION |
| TARO PHARMACEUTICAL INDUSTRIES LTD., et al., | : : : : | LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT |
| Defendants. | : : x | PROCEEDS, CLASS CERTIFICATION AND AWARD OF EXPENSES |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on September 10, 2009, at 11:00 a.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard before the Honorable Richard M. Berman, United States District Judge, Lead Plaintiffs will and hereby move for an order finally approving the settlement of this class action and dismissing the litigation with prejudice, approving the Plan of Allocation of settlement proceeds, certifying the Class for settlement purposes, and awarding Lead Plaintiffs' counsel expenses. Lead Plaintiffs' motion is based upon the Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, Class Certification and Award of Expenses, the declarations submitted in support thereof, the Amended Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Lead Plaintiffs' application or at the hearing on Lead Plaintiffs' motion.

DATED: June 19, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

Document1

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2009.

    s/ Ellen Gusikoff Stewart
    ELLEN GUSIKOFF STEWART

    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-05969-RMB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Joseph S. Allerhand**
  joseph.allerhand@weil.com,erin.law@weil.com,MCO_ECF@weil.com

- **Eric James Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Barry A. Bohrer**
  bbohrer@maglaw.com,bfisher@maglaw.com

- **Jules Brody**
  ssbny@aol.com

- **Mark Casser Gardy**
  mgardy@gardylaw.com

- **Stephen Michael Juris**
  sjuris@magislaw.com

- **Brian Philip Murray**
  bmurray@murrayfrank.com

- **Samuel Kenneth Rosen**
  srosen@hfesq.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Steven G. Schulman**
  sschulman@milbergweiss.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **Michael Andrew Swick**
  michael.swick@ksfcounsel.com

- **Catherine A. Torell**
  ctorell@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Marc L. Ackerman
Scott & Scott
11 Bala Avenue
Bala Cynwyd, PA 19004

Richard A. Maniskas
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Bala Cynwyd, PA 19004

Andrei V. Rado
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119

Tamara Skvirky
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Marc A. Topaz
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Bala Cynwyd, PA 19004
```