UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LORETTA ZWICKEL, Individually and On : Civil Action No. 04-CV-5969
Behalf of All Others Similarly Situated, : **(Consolidated)**
 :
                     Plaintiff, : **ELECTRONICALLY FILED**
 :
     vs. : CLASS ACTION
 :
TARO PHARMACEUTICAL INDUSTRIES : NOTICE OF NON-OBJECTION TO
LTD., et al., : SETTLEMENT, PLAN OF ALLOCATION
 : OF SETTLEMENT PROCEEDS OR
                 Defendants. : ATTORNEYS' EXPENSE REQUEST
---------------------------------------------------------------x

Lead Plaintiffs respectfully submit this notice to the Court that no objections have been submitted to the Settlement, to the Plan of Allocation, or to the attorneys' expense request. The deadline for submitting any objection expired on July 24, 2009.

DATED: August 26, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELLEN GUSIKOFF STEWART

        s/ Ellen Gusikoff Stewart
      ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\Settlement\Taro Pharmaceuticals.set\NOT 00061332.doc

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2009.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:elleng@csgrr.com

# Mailing Information for a Case 1:04-cv-05969-RMB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Joseph S. Allerhand**
  joseph.allerhand@weil.com,erin.law@weil.com,MCO_ECF@weil.com

- **Eric James Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Barry A. Bohrer**
  bbohrer@maglaw.com,bfisher@maglaw.com

- **Jules Brody**
  ssbny@aol.com

- **Mark Casser Gardy**
  mgardy@gardylaw.com

- **Stephen Michael Juris**
  sjuris@magislaw.com

- **Brian Philip Murray**
  bmurray@murrayfrank.com

- **Samuel Kenneth Rosen**
  srosen@hfesq.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Steven G. Schulman**
  sschulman@milbergweiss.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **Michael Andrew Swick**
  michael.swick@ksfcounsel.com

- **Catherine A. Torell**
  ctorell@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Marc L. Ackerman
Scott & Scott
11 Bala Avenue
Bala Cynwyd, PA 19004

Richard A. Maniskas
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Bala Cynwyd, PA 19004

Andrei V. Rado
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119

Tamara Skvirky
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Marc A. Topaz
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Bala Cynwyd, PA 19004
```