UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09

----------------------------------------x

LORETTA ZWICKEL, Individually and On : Civil Action No. 04-CV-5969
Behalf of All Others Similarly Situated, : **(Consolidated)**
:
Plaintiff, : **ELECTRONICALLY FILED**
:
vs. : CLASS ACTION
:
TARO PHARMACEUTICAL INDUSTRIES : [PROPOSED] ORDER AWARDING
LTD., et al., : EXPENSES
:
Defendants. :
:
----------------------------------------x

This matter having come before the Court on September 10, 2009, on the motion of Lead Plaintiffs' Counsel for an award of expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  All of the capitalized terms used herein shall have the same meanings as set forth in the Amended Stipulation of Settlement dated June 4, 2009 (the "Stipulation"), and filed with the Court.

2.  This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3.  The Court hereby awards Lead Plaintiffs' Counsel litigation expenses in the amount of $260,713.25, plus the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.

4.  The Court hereby awards Gilardi & Co. LLC expenses incurred to date of $157,496.

5.  The awarded expenses and interest earned thereon shall be paid to Lead Plaintiffs' Counsel and Gilardi & Co. LLC upon deposit of the Settlement Fund to the CRIS account pursuant to paragraph 2 of the Stipulation, which terms, conditions and obligations are incorporated herein.

SO ORDERED:

_____
RICHARD M. BERMAN U.S.D.J.
9/15/09

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I submitted the foregoing to <u>orders and judgments@nysd.uscourts.gov</u> and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2009.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@csgrr.com

Manual List
*Zwickel v. Taro Pharmaceuticals, Ltd., et al.*
Civil Action No. 04-CV-5969

David Scott
Scott + Scott LLP
108 Norwich Avenue
Colchester, CT 06415

Andrei V. Rado
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119

Richard A. Maniskas
Tamara Skvirky
Marc A. Topaz
Barroway Topaz Kessler
  Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087